### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STRATFORD HOLDING, LLC, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>FOOT LOCKER RETAIL, INC., ET AL., )<br>)<br>Defendants. ) | NO. CIV-12-0772-HE |

### ENTRY OF DEFAULT BY THE CLERK

Defendant Fog Cap Retail Investors, LLC's request for entry of default filed on April 29, 2014 is hereby granted. The undersigned deputy clerk has searched the records of the United States District Court for the Western District of Oklahoma an has found that defendant Fog Cutter Capital Group, Inc, was served with Fog Cap's answer, affirmative defenses, counterclaims and crossclaims to plaintiff's second amended complaint [Doc. #117]. The legal time for pleading or otherwise defending has expired, and Fog Cutter has failed to plead or otherwise defend. The default of Fog Cutter Capital Group, Inc., with respect to crossclaims alleged by defendant Fog Cap, is entered.

Dated this 8th day of May, 2014.

**Carmelita Reeder Shinn, Clerk of Court**
**United States District Court**
**Western District of Oklahoma**

By:  s/Lisa Minter
     Deputy Clerk

Issued by the
United States District Court
for the Western District of Oklahoma

for the Honorable Judge Joe Heaton
By: *Lisa Minter*
Courtroom Deputy

3:47 pm, May 08, 2014